| | |
|---|---|
| 1 | THE REDDY LAW FIRM |
| 2 | Prathima Reddy Price, SBN 321378<br>103 Bay Park Terrace,<br>Alameda, CA 94502 |
| 3 | (646) 468-4257; (510) 217-3541 |
| 4 | preddy@thereddylaw.com<br>Attorneys for Plaintiff, |
| 5 | BRIAN WHITAKER |

Kurt D. Hendrickson (SB#: 251509)
KDH Law
2101 Stone Blvd., Suite 115
West Sacramento, CA 95691
Email: kurt@kdhendrickson.com
Telephone: (916) 993-5226
Attorney for Defendants
Sacramento Pie Company, a California Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>  Plaintiff,<br>v.<br><br>SACRAMENTO PIE COMPANY, a California Corporation,<br><br>  Defendants. | Case No.: 2:21-cv-01358-MCE-DB<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 04, 2024                    THE REDDY LAW FIRM

                                By:     /s/ Prathima Reddy Price
                                        Prathima Reddy Price
                                        Attorneys for Plaintiff

| | |
|---|---|
| 1 | Dated: June 04, 2024            KDH LAW FIRM |

By: <u>/s/ Kurt D. Hendrickson</u>
     Kurt D. Hendrickson
     Attorneys for Defendants
     Sacramento Pie Company,
     a California Corporation

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Kurt D. Hendrickson, counsel for Sacramento Pie Company, a California Corporation, and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 04, 2024           THE REDDY LAW FIRM

                   By:   /s/ Prathima Reddy Price
                         Prathima Reddy Price
                         Attorneys for Plaintiff